UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12682
   CREATIE HALFORD JR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9868

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 07/17/2007 and was not confirmed.

   The case was dismissed without confirmation 08/02/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     16000.00          .00            .00
CITY OF CHICAGO WATER DE   SECURED             300.00          .00            .00
ALLIED INTERSTATE          UNSECURED         NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                     --------------        --------------
TOTALS                     .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 12/05/07              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE